IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00362-PSF-BNB

ANASTASIA BIGGS,

    Plaintiff,

v.

ALLIED INTERNATIONAL CREDIT CORP., (US), a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

This matter comes before the Court on the Notice of Dismissal With Prejudice (Dkt. # 8), filed by plaintiff on April 9, 2007, which the Court construes as a motion to dismiss. Upon review of the "notice," the Court ORDERS that the above-captioned case is hereby DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

    DATED: April 9, 2007

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge